**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRY PROCTOR
ADC #87410                                                                                                   PLAINTIFF

V.                                           5:06CV00075 WRW/HDY

BONNIE SMALLWOOD *et al.*                                                               DEFENDANTS

**ORDER**

On May 11, 2007, an order was entered setting a pre-jury hearing before United States Magistrate Judge H. David Young for September 19, 2007 (docket entry #83). Plaintiff has filed a response to that order with a "statement of facts" suggesting that the case is not ready for a hearing because certain objections he has filed have not been adjudicated (docket entry #87). Plaintiff also alleges that Judge Young is biased against him, and the Court should rule on Plaintiff's motions for recusal.

The undersigned has reviewed the objections Plaintiff has filed to various orders entered by Judge Young, along with the orders themselves, and has determined that none of the orders should be modified at this time. Additionally, the undersigned has also reviewed Plaintiff's request for a criminal indictment against Defendant Bonnie Smallwood (docket entry #60), and finds that the request should not be granted.

Currently, no motions for recusal are pending in this case. However, to the extent that Plaintiff's May 15, 2007, filing can be considered a motion for the undersigned to order Judge Young's recusal, the motion is DENIED. The order scheduling a pre-jury hearing for September 19, 2007, stands, as do all the deadlines set forth therein.

IT IS SO ORDERED this 18th day of May, 2007.

                                              /s/Wm. R. Wilson, Jr.
                                   UNITED STATES DISTRICT JUDGE