## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRY PROCTOR
ADC #87410                                                                                          PLAINTIFF

V.                                         5:06CV00075 WRW

BONNIE SMALLWOOD *et al.*                                                                  DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied

DATED this 23rd day of March, 2009.


                                                              /s/Wm. R. Wilson, Jr.
                                                              UNITED STATES DISTRICT JUDGE