IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY PROCTOR, ADC # 87410            PLAINTIFF

vs.            5:06CV00075-WRW

BONNIE SMALLWOOD, et al            DEFENDANTS

## ORDER

Pending is the Motion for Reimbursement of Out-of-Pocket Expenses (doc #133) filed by T. Kent Smith and G. Spence Fricke, counsel appointed for the Plaintiff, Terry Proctor. Having considered the Motion pursuant to the guidelines and policies of the Out-of-Pocket Expenses Fund, the Court orders the Clerk of the Court to distribute to appointed counsel, the total amount of One Thousand Five Hundred Eighty-three and 83/100 ($1,583.83) from the Fund.

A copy of this Order, together with the Motion and attachments, shall be placed in the Fund file maintained by the Clerk of the Court and paid in full.

IT IS SO ORDERED this 15th day of July, 2009.

           /s/Wm. R. Wilson, Jr.
           UNITED STATES DISTRICT JUDGE

ordoutofpocketexp.wpd